IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| **Jo Ann Agent, f/k/a Jo Ann Coats,**  Plaintiff,  v.  **Sears Logistic Service, Inc.,**  Defendant. | No.  Removed from the Kankakee County Circuit Court, Illinois 21st Judicial Circuit, Case No. 07-L-51 |

## NOTICE OF REMOVAL

Sears Logistics Services, Inc., ("Sears" or "Defendant") pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, files this Notice of Removal with respect to the Complaint filed by Jo Ann Agent, Plaintiff, in Case No. 07-L-51 in the Circuit Court of Kankakee County, Illinois. In support of removal, Defendant states as follows:

1. On May 7, 2007, Plaintiff filed her Complaint in the Kankakee County Circuit Court against Defendant. (Exhibit A, Complaint with attachments, which constitutes all process, pleadings, and/or orders received by Defendant).

2. Defendant's first notice of the Complaint came on May 15, 2007, when the Complaint was served upon Defendant's agent for service of process. Thus, this Notice is properly filed within 30 days of Defendant's receiving a copy of the Complaint.

3. Kankakee County, Illinois, Circuit Court is located within the Urbana Division of the Central District of Illinois. Therefore, this action is properly removed to this Court. 28 U.S.C. § 1441.

-2-

4.  Count I of Plaintiff's Complaint alleges a violation of the Americans with Disabilities Act, a federal statute. As such, Plaintiff's entire case may be removed to this Court. 28 U.S.C. § 1441(c).

5.  Defendant is filing contemporaneously with this Notice a Notice directed to the Clerk of the Kankakee County Circuit Court informing that court that this action is removed. (See Exhibit B, Notice of Removal filed in Kankakee County Circuit Court).

WHEREFORE, Defendant, Sears Logistics Services, Inc., respectfully notifies the Court of the removal of Plaintiff's Complaint from the Circuit Court of Kankakee County to this Court.

Respectfully Submitted,

/s/ Adam C. Wit
Adam C. Wit

Adam C. Wit, *Lead Counsel* (#06230538)
David L. Christlieb (C.D. Ill. pending)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520

Dated: June 11, 2007

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that a true and correct copy of the attached Notice of Removal (and all attachments thereto) was served this day by delivering same to Federal Express for overnight delivery to:

Michael L. Dietchweiler, Esq.
Attorney for Plaintiff
200 E. Court St., Suite 700
Kankakee, Illinois 60901

This 11th day of June, 2007.

/s/ Adam C. Wit
Adam C. Wit

# EXHIBIT A

IN THE CIRCUIT COURT FOR THE TWENTY-FIRST JUDICIAL CIRCUIT
COUNTY OF KANKAKEE, ILLINOIS

| | |
|---|---|
| MS. JO ANN AGENT f/k/a/ ) | |
| JO ANN COATS, ) | |
|     Plaintiff, ) | |
| VS. ) | Case No. 07-L-51 |
| ) | |
| SEARS LOGISTIC SERVICE, ) | |
|     Defendant. ) | |

FILED MAY 0 4 2007

Init Case Mgmt Conf
OCT 0 1 2007
9:00 AM IN ROOM 204

## COMPLAINT

## COUNT I – ADA

NOW COMES Plaintiff, MS. JO ANN AGENT f/k/a/ JO ANN COATS, by and through her attorney, MICHAEL L. DIETCHWEILER, and for Count I of this Complaint complains of Defendant as follows:

1. Plaintiff is a resident of the State of Illinois, County of Kankakee.

2. Defendant is a business entity doing business within Kankakee County, Illinois.

3. On or about September 9th, 1998, Defendant hired Plaintiff as a warehouse employee.

4. On or about January 2nd, 2005, Plaintiff was injured during the performance of her duties at Defendant's warehouse in Manteno, Illinois.

5. Plaintiff orally reported her injury to Defendant on January 3rd, 2005, was examined by a physician on January 4th, 2005 and filed a written accident/incident report with Defendant's Human Resources director on January 5th, 2005 detailing injuries to her cervical spine and related tissue.

6. Plaintiff was treated for the above stated work related injuries from January 5th, 2005 to December of 2005.

7. Plaintiff's work related injury rendered her with impaired range of motion in her neck and back.

8. In December of 2006, Defendant asked Plaintiff if she had any continuing disability.

9. Plaintiff responded she had a plate attached to her cervical spine and consequently had reduced ability to rotate and elevate her head and torso.

10. The Defendant's Human Resources personnel made jokes of Plaintiff's disability asking her if she set off metal detectors at the warehouse security station.

11. Shortly after having Defendant's personnel director ridicule Plaintiff's medical condition, Defendant refused to accommodate Plaintiff's reduced range of cervical motion although Plaintiff had requested "any position in the workplace" and terminated her employment.

12. Plaintiff was questioned, terminated and ridiculed all in violation if the Americans with Disabilities Act of 1990.

13. Plaintiff has received a Right to Sue letter from the EEOC as attached hereto as Exhibit "A".

WHEREFORE, Plaintiff asks for judgment as follows:

A. For a reinstatement of her job; and

B. For lost wages in a sum in excess of $50,000.00; and

C. For statutory punitive damages as allowed; and

D. For reasonable attorney's fees incurred in the prosecution of Plaintiff's cause of action.

## COUNT II – RETALITORY DISCHARGE

NOW COMES Plaintiff, MS. JO ANN AGENT f/k/a/ JO ANN COATS, by and through her attorney, MICHAEL L. DIETCHWEILER, and for Count II of this Complaint complains of Defendant as follows:

1-13. Plaintiff realleges Paragraphs 1 through 13 of Count I of this Complaint as and for Paragraphs 1 through 13 of this Count II of Plaintiff's Complaint.

14. Defendant terminated Plaintiff's six-year employment and kept temporary and contract workers working as and for retaliation to her filing of an application to adjust her Worker's Compensation claim against Defendant.

WHEREFORE, Plaintiff asks this Honorable Court for judgment against Defendant and in her favor as follows:

A. Compensatory damages in an amount in excess of $50,000.00; and

B. Punitive damages as awarded by this Court; and

C. Reasonable attorney's fees.

Respectfully submitted,<br>
JO ANN AGENT<br><br>
By: _____<br>
Michael Dietchweiler, Attorney for Plaintiff

STATE OF ILLINOIS    )
                     )  SS
COUNTY OF KANKAKEE ) 

## VERIFICATION

UNDER PENALTIES OF PERJURY, pursuant to the provisions of Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters that undersigned certifies as aforesaid that affiant verily believes the same to be true.

DATED: 5-2-2007                             _____
                                            JO ANN AGENT

Certification pursuant to:
Ch. 735, Sec. 5/2-605 of the ILCS

_____
MICHAEL L. DIETCHWEILER

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2007-02414 |
|---|---|---|

and EEOC
_____
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Jo A. Coats | (815) 468-9899 | 11-24-1962 |

| Street Address | City, State and ZIP Code |
|---|---|
| 350 N. Birch, Apt 4, Manteno, IL 60950 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No (Include Area Code) |
|---|---|---|
| SEARS LOGISTIES SERVICE | Unknown | (815) 468-2152 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1600 Bouderau Rd, Manteno, IL 60950 | |

| Name | No. Employees, Members | Phone No (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-16-2005    Latest: 12-16-2005

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about September 9, 1998 and my most recent position was Spotter. On or about January 3, 2005, Respondent was made aware of my disability. I requested a reasonable accommodation from the Respondent on or about December 16, 2005. My reasonable accommodation request was denied and on or about December 16, 2005 I was discharged.

I believe that I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990.

RECEIVED EEOC
JAN 25 2007
CHICAGO DISTRICT OFC

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief<br>SIGNATURE OF COMPLAINANT |
| X 1/20/07   X Jo A Coats Agent<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWENTY-FIRST JUDICIAL CIRCUIT
KANKAKEE COUNTY

Ms. Jo Ann Agent f/k/a Jo Ann Coats,

    Plaintiff,

vs.

Sears Logistic Service, Inc.,

    Defendant.

No. 07-L-51

## SUMMONS

To each defendant: C T Corporation System, 208 So. LaSalle St., Ste. 814, Chicago, IL 60604

    You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court Kankakee County Courthouse building, 450 East Court Street, Kankakee, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with indorsement of sevice and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

    This summons may not be served later than 30 days after its date

WITNESS 5-4 20 07

(Seal of Court)

_____
(Clerk of the Circuit Court)

By: _____
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)

Name  Michael L. Dietchweiler

Attorney for  Plaintiff

Address  200 E. Court St., Ste. 700

City  Kankakee

Telephone  815/933-6637

E-FILED
Monday, 11 June, 2007  02:05:36 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 21ST JUDICIAL CIRCUIT
KANKAKEE COUNTY

| | |
|---|---|
| Ms. Jo Ann Agent, f/k/a Jo Ann Coats, <br><br> Plaintiff, <br><br> v. <br><br> Sears Logistic Service, Inc., <br><br> Defendant. | No. 07-L-51 |

### NOTICE OF REMOVAL TO FEDERAL COURT

Please take notice that the above-styled civil action, which bears Civil Action No. 07-L-51 on the docket of the circuit Court of Kankakee County, Illinois, is hereby removed, pursuant to 28 U.S.C. § 1441, to the United States District Court for the Central District of Illinois, Urbana Division.

Respectfully Submitted,

SEARS LOGISTICS SERVICES, INC.

_____
Adam C. Wit

Adam C. Wit
David L. Christlieb
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520
Firm I.D. 34950

Dated: June 11, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| Jo Ann Agent, f/k/a Jo Ann Coats,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Sears Logistic Service, Inc.,<br><br>　　　　Defendant. | No.<br><br>Removed from the Kankakee County Circuit Court, Illinois 21st Judicial Circuit, Case No. 07-L-51 |

## NOTICE OF REMOVAL

Sears Logistics Services, Inc., ("Sears" or "Defendant") pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, files this Notice of Removal with respect to the Complaint filed by Jo Ann Agent, Plaintiff, in Case No. 07-L-51 in the Circuit Court of Kankakee County, Illinois. In support of removal, Defendant states as follows:

1. On May 7, 2007, Plaintiff filed her Complaint in the Kankakee County Circuit Court against Defendant. (Exhibit A, Complaint with attachments, which constitutes all process, pleadings, and/or orders received by Defendant).

2. Defendant's first notice of the Complaint came on May 15, 2007, when the Complaint was served upon Defendant's agent for service of process. Thus, this Notice is properly filed within 30 days of Defendant's receiving a copy of the Complaint.

3. Kankakee County, Illinois, Circuit Court is located within the Urbana Division of the Central District of Illinois. Therefore, this action is properly removed to this Court. 28 U.S.C. § 1441.

4.  Count I of Plaintiff's Complaint alleges a violation of the Americans with Disabilities Act, a federal statute. As such, Plaintiff's entire case may be removed to this Court. 28 U.S.C. § 1441(c).

5.  Defendant is filing contemporaneously with this Notice a Notice directed to the Clerk of the Kankakee County Circuit Court informing that court that this action is removed. (See Exhibit B, Notice of Removal filed in Kankakee County Circuit Court).

WHEREFORE, Defendant, Sears Logistics Services, Inc., respectfully notifies the Court of the removal of Plaintiff's Complaint from the Circuit Court of Kankakee County to this Court.

Respectfully Submitted,

/s/ Adam C. Wit
Adam C. Wit

Adam C. Wit, *Lead Counsel* (#06230538)
David L. Christlieb (C.D. Ill. pending)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL 60601
312.372.5520

Dated: June 11, 2007

## CERTIFICATE OF SERVICE

     The undersigned, an attorney, hereby certifies that a true and correct copy of the attached Notice of Removal (and all attachments thereto) was served this day by delivering same to Federal Express for overnight delivery to:

Michael L. Dietchweiler, Esq.<br>
Attorney for Plaintiff<br>
200 E. Court St., Suite 700<br>
Kankakee, Illinois 60901

This 11th day of June, 2007.

/s/ Adam C. Wit<br>
Adam C. Wit

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the attached Notice of Removal to Federal Court was served this day by delivering same to Federal Express for overnight delivery to:

> Michael L. Dietchweiler, Esq.
> Attorney for Plaintiff
> 200 E. Court St., Suite 700
> Kankakee, Illinois 60901

This 11th day of June, 2007.

*Adam C. Wit*
Adam C. Wit

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JO ANN AGENT f/k/a JO ANN COATS,

**DEFENDANTS**
SEARS LOGISTIC SERVICE,

(b) County of Residence of First Listed Plaintiff: Kankakee
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael L. Dietchweiler, Esq., 200 E. Court St., Suite 700, Kankakee, IL 60901 (815) 933-6637

Attorneys (If Known)
Adam C. Wit, David L. Christlieb, 200 N. LaSalle St., Suite 2900, Chicago, IL 60601 (312) 372-5520

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☒ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Americans With Disabilities Act
Brief description of cause:
Americans With Disabilities Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 50,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 06/11/2007
SIGNATURE OF ATTORNEY OF RECORD: /s/ Adam C. Wit

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____