E-FILED
Monday, 11 June, 2007  02:03:44 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

IN THE CIRCUIT COURT FOR THE TWENTY-FIRST JUDICIAL CIRCUIT
COUNTY OF KANKAKEE, ILLINOIS

MS. JO ANN AGENT f/k/a/    )
JO ANN COATS,       )
   Plaintiff,      )
VS.          )  Case No. 07-L-5 )
          )
SEARS LOGISTIC SERVICE,   )
   Defendant.     )

**FILED**
MAY 0 4 2007
CIRCUIT COURT CLERK

Init Case Mgmt Conf

OCT 0 1 2007

9:00 AM IN ROOM 204

## COMPLAINT

### COUNT I – ADA

NOW COMES Plaintiff, MS. JO ANN AGENT f/k/a/ JO ANN COATS, by   and through her attorney, MICHAEL L. DIETCHWEILER, and for Count I of this Complaint complains of Defendant as follows:

1. Plaintiff is a resident of the State of Illinois, County of Kankakee.

2. Defendant is a business entity doing business within Kankakee County, Illinois.

3. On or about September 9th, 1998, Defendant hired Plaintiff as a warehouse employee.

4. On or about January 2nd, 2005, Plaintiff was injured during the performance of her duties at Defendant's warehouse in Manteno, Illinois.

5. Plaintiff orally reported her injury to Defendant on January 3rd, 2005, was examined by a physician on January 4th, 2005 and filed a written accident/incident report with Defendant's Human Resources director on January 5th, 2005 detailing injuries to her cervical spine and related tissue.

6. Plaintiff was treated for the above stated work related injuries from January 5th, 2005 to December of 2005.

7. Plaintiff's work related injury rendered her with impaired range of motion in her neck and back.

8. In December of 2006, Defendant asked Plaintiff if she had any continuing disability.

9. Plaintiff responded she had a plate attached to her cervical spine and consequently had reduced ability to rotate and elevate her head and torso.

10. The Defendant's Human Resources personnel made jokes of Plaintiff's disability asking her if she set off metal detectors at the warehouse security station.

11. Shortly after having Defendant's personnel director ridicule Plaintiff's medical condition, Defendant refused to accommodate Plaintiff's reduced range of cervical motion although Plaintiff had requested "any position in the workplace" and terminated her employment.

12. Plaintiff was questioned, terminated and ridiculed all in violation if the Americans with Disabilities Act of 1990.

13. Plaintiff has received a Right to Sue letter from the EEOC as attached hereto as Exhibit "A".

WHEREFORE, Plaintiff asks for judgment as follows:

A.  For a reinstatement of her job; and

B.  For lost wages in a sum in excess of $50,000.00; and

C.  For statutory punitive damages as allowed; and

D.  For reasonable attorney's fees incurred in the prosecution of Plaintiff's cause of action.


## COUNT II – RETALITORY DISCHARGE

NOW COMES Plaintiff, MS. JO ANN AGENT f/k/a/ JO ANN COATS, by        and through her attorney, MICHAEL L. DIETCHWEILER, and for Count II of this Complaint complains of Defendant as follows:

1-13.   Plaintiff realleges Paragraphs 1 through 13 of Count I of this Complaint as and for Paragraphs 1 through 13 of this Count II of Plaintiff's Complaint.

14. Defendant terminated Plaintiff's six-year employment and kept temporary and contract workers working as and for retaliation to her filing of an application to adjust her Worker's Compensation claim against Defendant.

WHEREFORE, Plaintiff asks this Honorable Court for judgment against Defendant and in her favor as follows:

A.  Compensatory damages in an amount in excess of $50,000.00; and

B.  Punitive damages as awarded by this Court; and

C.  Reasonable attorney's fees.

Respectfully submitted,
JO ANN AGENT

By: _____

Michael Dietchweiler, Attorney for Plaintiff

STATE OF ILLINOIS    )
                      )   SS
COUNTY OF KANKAKEE )

## VERIFICATION

UNDER PENALTIES OF PERJURY, pursuant to the provisions of Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters that undersigned certifies as aforesaid that affiant verily believes the same to be true.

DATED: 5 - 2 - 2007              _____

JO ANN AGENT

Certification pursuant to:
Ch. 735, Sec. 5/2-605 of the ILCS

_____

MICHAEL L. DIETCHWEILER

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974  See enclosed Privacy Act Statement and other information before completing this form | ☐ FEPA<br>☒ EEOC | 440-2007-02414 |

and EEOC

State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl Area Code) | Date of Birth |
|---|---|---|
| **Ms. Jo A. Coats** | **(815) 468-9899** | **11-24-1962** |

| Street Address | City, State and ZIP Code |
|---|---|
| **350 N. Birch, Apt 4, Manteno, IL 60950** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No (Include Area Code) |
|---|---|---|
| **SEARS LOGISTICS SERVICE** | **Unknown** | **(815) 468-2152** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1600 Bouderau Rd,  Manteno, IL 60950** | |

| Name | No. Employees, Members | Phone No (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ OTHER (Specify below)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **12-16-2005**   Latest **12-16-2005**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about September 9, 1998 and my most recent position was Spotter.  On or about January 3, 2005, Respondent was made aware of my disability.  I requested a reasonable accommodation from the Respondent on or about December 16, 2005.  My reasonable accommodation request was denied and on or about December 16, 2005 I was discharged.

I believe that I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990.

RECEIVED EEOC

JAN 2 5 2007

CHICAGO DISTRICT OFC

| I want this charge filed with both the EEOC and the State or local Agency, if any  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief<br>SIGNATURE OF COMPLAINANT |
| X 1/20/07    X Jo A Coats Cogent<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

## STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE TWENTY-FIRST JUDICIAL CIRCUIT
## KANKAKEE COUNTY

Ms. Jo Ann Agent f/k/a Jo Ann Coats,

      Plaintiff,

           vs.

Sears Logistic Service, Inc.,

      Defendant.

No. 07-L-51

### SUMMONS

To each defendant: C T Corporation System, 208 So. LaSalle St., Ste. 814, Chicago, IL 60604

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court Kankakee County Courthouse building, 450 East Court Street, Kankakee, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of sevice and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date

WITNESS      5-4      20 07

(Seal of Court)

*Kathryn Thomas*
(Clerk of the Circuit Court)

By: _____
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)

Name Michael L. Dietchweiler

Attorney for Plaintiff

Address 200 E. Court St., Ste. 700

City Kankakee

Telephone 815/933-6637