IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| **Jo Ann Agent, f/k/a Jo Ann Coats,** <br><br> Plaintiff, <br><br> v. <br><br> **Sears Logistic Service, Inc.,** <br><br> Defendant. | No. <br><br> Removed from the Kankakee County Circuit Court, Illinois 21st Judicial Circuit, Case No. 07-L-51 |

**DEFENDANT'S CERTIFICATE OF INTEREST AND DISCLOSURE STATEMENT**

The undersigned, counsel of record for Sears Logistics Services, Inc., furnishes the following in compliance with FRCP 7.1 and Local Rule 11.3 of this Court:

1. Littler Mendelson, P.C. represents Sears Logistics Services, Inc. in this matter.

2. Sears Logistics Services, Inc. is a is a wholly-owned subsidiary of Sears, Roebuck and Co., which is a wholly-owned subsidiary of Sears Holdings Corporation, a publicly traded corporation.

3. Littler Mendelson, P.C. is the only law firm whose attorneys are expected to appear on behalf of Sears Logistics Services, Inc. in this matter.

-2-

                                                Respectfully Submitted,

                                                /s/ Adam C. Wit
                                                      Adam C. Wit

Adam C. Wit (#06230538)
David L. Christlieb (#06281173)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520

Dated: June 11, 2007

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a true and correct copy of the attached Certificate of Interest was served this day by delivering same to Federal Express for overnight delivery to:

Michael L. Dietchweiler, Esq.  
Attorney for Plaintiff  
200 E. Court St., Suite 700  
Kankakee, Illinois 60901

This 11th day of June, 2007.

      /s/ David L. Christlieb  
      David L. Christlieb