AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

MS. JO ANN AGENT f/k/a JO ANN COATS,

Plaintiff,

vs.

SEARS LOGISTIC SERVICE,

Defendant.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Sears Logistic Service

I certify that I am admitted to practice in this court.

6/11/2007
Date

*[signature]*
Signature

Adam C. Wit        06230538
Print Name         Bar Number

200 N. LaSalle Street, Suite 2900
Address

Chicago        IL        60601
City           State     Zip Code

(312) 372-5520        (312) 372-7880
Phone Number          Fax Number