**E-FILED**
Monday, 25 June, 2007 01:11:06 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

MS. JO ANN AGENT f/k/a JO ANN COATS,

Plaintiff,

vs.

SEARS LOGISTIC SERVICE,

Defendant.

**APPEARANCE**

Case Number: 2:07-CV-02113-MPM-DGB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Sears Logistic Service

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/25/2007 | /s/ David L. Christlieb |
| Date | Signature |
| | David L. Christlieb     06281173 |
| | Print Name              Bar Number |
| | 200 N. LaSalle Street, Suite 2900 |
| | Address |
| | Chicago     Illinois     60601 |
| | City         State       Zip Code |
| | (312) 372-5520     (312) 372-7880 |
| | Phone Number       Fax Number |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing *Appearance of David L. Christlieb* was electronically filed with the Clerk of the Court before 5:00 p.m. on June 25, 2007 using the CM/ECF system which will send notification of such filing to the following:

Michael L. Dietchweiler, Esq.
Attorney for Plaintiff
200 E. Court St., Suite 700
Kankakee, Illinois 60901

/s/ David L. Christlieb
Attorney for Defendant
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520

Firmwide:82682460.1 016144.1200