IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| **Jo Ann Agent, f/k/a Jo Ann Coats,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Sears Logistic Service, Inc.,**<br><br>　　　　Defendant. | No.  07-2113<br><br>Judge McCuskey<br>Magistrate Judge Bernthal<br><br>Removed from the Kankakee County Circuit Court, Illinois 21st Judicial Circuit, Case No. 07-L-51 |

### REPORT OF RULE 26(f) PLANNING MEETING

　　The Parties' counsel having conferred for the purpose of agreeing upon a proposed discovery calendar for consideration by the Court, the following are dates upon which counsel have agreed:

　　1.　　Parties will exchange initial disclosures pursuant to FRCP 26(a)(1) by July 25, 2007.

　　2.　　The deadline for amendment of the pleadings and/or joining additional parties is July 31, 2007.

　　3.　　Plaintiff shall disclose any experts and provide any expert reports by September 28, 2007.  Plaintiff shall make any such experts available for deposition by October 19, 2007.

　　4.　　Defendant shall disclose any experts and provide any expert reports by November 16, 2007. Defendant shall make any such experts available for deposition by November 30, 2007.

　　5.　　All discovery, including depositions of experts, is to be completed by December 31, 2007.

-2-

      6.    The deadline for filing case dispositive motions shall be January 31, 2007.

| | |
|---|---|
| Jo Ann Agent, Plaintiff | Sears Logistics Services, Inc., Defendant |
| BY: /s/ Michael Deitchweiler (w/ permission) | BY: /s/ David Christlieb |
| Attorney for Plaintiff | Attorney for Defendant |
| 200 E. Court St., Suite 700 | LITTLER MENDELSON, P.C. |
| Kankakee, Illinois 60901 | 200 North La Salle, Suite 2900 |
| 815.933.6637 | Chicago, Illinois 60601 |
| Fax:815.933.9940 | 312.795.3264 |
| ldcd@ameritech.net | Fax: 312.372.7880 |
| | dchristlieb@littler.com |

## **ORDER**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below:

The matter is scheduled for a telephone status conference before _____ on _____.

The matter is scheduled for a final pretrial conference by personal appearance before _____ on _____.

The matter is scheduled for jury selection/jury trial or bench trial before _____ on _____.

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that the foregoing was electronically filed with the Clerk of the Court before 5:00 p.m. on June 27, 2007 using the CM/ECF system which will send notification of such filing to the following:

Michael L. Dietchweiler, Esq.
Attorney for Plaintiff
200 E. Court St., Suite 700
Kankakee, Illinois 60901

/s/ David L. Christlieb
David L. Christlieb
Attorney for Defendant
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520