UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| JO ANN AGENT, | ) |
| f/k/a Jo Ann Coats, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | )  Case No. 07-2113 |
| SEARS LOGISTICS SERVICES, INC., | ) |
| sued as Sears Logistic Service, Inc., | ) |
| | ) |
| **Defendant.** | ) |

# DISCOVERY ORDER

A discovery conference was held **July 11, 2007,** pursuant to FED. R. CIV. P. 16 and CDIL-LR Rule 16.2(A). The conference was held by telephone conference call pursuant to CDIL-LR Rule 16.2(C). Plaintiff was represented by Michael L. Dietcheweiler. Defendant was represented by Adam C. Wit. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by **July 25, 2007.**

2. The deadline for amendment of pleadings is **July 31, 2007.**

3. The deadline for joining additional parties is **July 31, 2007.**

4. Plaintiff shall disclose experts and provide expert reports by **September 28, 2007.** Plaintiff shall make any such experts available for deposition by **October 19, 2007**.

5. Defendant shall disclose experts and provide expert reports by **November 16, 2007.** Defendant shall make any such experts available for deposition by **November 30, 2007.**

6. All discovery, including deposition of experts, is to be completed by **December 31, 2007.**

7. The deadline for filing case dispositive motions shall be **January 31, 2008.**

8.  The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **May 30, 2008, at 1:30 p.m.**

9.  The matter is scheduled for *bench trial* before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **June 9, 2008, at 9:00 a.m. (approx. 3 days) (Case No. 1).**

ENTER this 17th day of July, 2007.

                                          s/ DAVID G. BERNTHAL
                                          U.S. MAGISTRATE JUDGE