IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT IF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| MS. JO ANN AGENT f/k/a/ )<br>JO ANN COATS, )<br>    Plaintiff, )<br>VS. )<br>)<br>SEARS LOGISTIC SERVICE, )<br>    Defendant. ) | Case No. 07-2113<br>Judge McCusky<br>Magistrate Judge Bernthal |

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing Plaintiff's Initial Disclosures was served upon the following by facsimile and U.S. Mail this 2nd day of August, 2007.

David Christlieb
Attorney at Law
200 North LaSalle, Ste. 2900
Chicago, IL 60601

BY:   SS/Michael L. Dietchweiler
Michael L. Dietchweiler 06195223
Attorney for Defendant, Dan Jackson d/b/a
Busy Welding, inc.
LaBeau, Dietchweiler & Associates, P.C.
200 East Court Street, Suite 700
Kankakee, IL 60901
815/933-6637
815/933-9940
email: ldcd@ameritech.net