E-FILED
Tuesday, 18 December, 2007  01:53:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| MS. JO ANN AGENT f/k/a/ JO ANN COATS,<br>    Plaintiff,<br>VS.<br><br>SEARS LOGISTIC SERVICE,<br>    Defendant. | Case No. 07-2113<br>Judge McCusky<br>Magistrate Judge Bernthal |

## STIPULATION

NOW COMES Plaintiff, JO ANN COATS, and Defendant, SEARS LOGISTIC SERVICE, and hereby stipulate as follows:

1.  Defendant has diligently sought the deposition of Plaintiff by scheduling same on November 15th, and December 14th of 2007.

2.  Plaintiff cancelled the deposition set in November due to Plaintiff's counsel being held to Trial.

3.  Plaintiff cancelled the deposition set in December due to Plaintiff's current job restriction concerning absence from work during her probationary period. Plaintiff's counsel has advised counsel for Defendant that Plaintiff is not available to present for deposition until December 28th or December 31st (the deadline for discovery completion) – dates upon which counsel for Defendant and Defendant are unavailable.

4.  Plaintiff and Defendant submit this agreed stipulation to extend the discovery deadline by thirty (30) days for two specific purposes: (1) to schedule and conduct Plaintiff's deposition outside of the discovery schedule in January of 2008; and (2) to allow Defendant the opportunity to conduct follow-up discovery, either written or oral, if the same becomes necessary as the result of Plaintiff's testimony.

5.  Per this stipulation, the parties also request that the dispositive motion deadline be extended until February 29, 2007. This agreement will not necessitate the extensions of any other deadlines and/or other dates set by this Court.

This Stipulation entered into on this 18th day of December, 2007.

BY:   SS/Michael L. Dietchweiler(w/permission)        BY:   SS/Adam C. Wit

Michael L. Dietchweiler 06195223                     Attorney for Defendant
Attorney for Plaintiff                               LITTLER MENDELSON, P.C.
LaBeau, Dietchweiler & Associates, P.C.              200 North LaSalle Street, Suite 2900
200 East Court Street, Suite 700                     Chicago, IL 60601
Kankakee, IL 60901                                   312/795-3214
815/933-6637                                         312/372-7880
815/933-9940                                         email:  awit@littler.com
email: ldcd@ameritech.net

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the foregoing Stipulation was electronically filed with the Clerk of the Court on December 18, 2007 using the CM/ECF system which will send notification of such filing to the following:

Michael L. Dietchweiler, Esq.
Attorney for Plaintiff
200 E. Court St., Suite 700
Kankakee, IL 60901


/s/Adam C. Wit
Adam C. Wit
Attorney for Defendant
LITTLER MENDELSON, PC
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601
312.372.5520