E-FILED
Friday, 29 February, 2008 03:15:05 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| **Jo Ann Agent, f/k/a Jo Ann Coats,**<br><br>                Plaintiff,<br><br>    v.<br><br>**Sears Logistics Services, Inc.,**<br><br>                Defendant. | No. 07-2113<br><br>Judge McCuskey<br>Magistrate Judge Bernthal<br><br>*Removed from the Kankakee County Circuit Court, Illinois 21st Judicial Circuit, Case No. 07-L-51* |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Sears Logistics Services, Inc. ("Defendant" or "Sears"), by and through its attorneys, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby files its Motion for Summary Judgment. In support of its Motion, Defendant states as follows:

1. On May 4, 2007, Plaintiff Jo Ann Agent ("Plaintiff" or "Agent") filed a two count Complaint against Sears in Kankakee County Circuit Court, which was removed to this Court on June 11, 2007. In Count I, Plaintiff alleges disability discrimination in violation of the Americans with Disabilities Act. Count II alleges worker's compensation discrimination in violation of the public policy of the State of Illinois. On June 18, 2007, Sears timely filed its Answer and Affirmative Defenses to Plaintiff's Complaint.

2. The parties have conducted oral and written discovery, which is now closed. Based upon the discovery conducted, it is clear that Plaintiff has failed to raise a genuine issue of material fact with respect to her claims against Defendant.

3. Facts, argument, and legal authority in support of the instant Motion are contained in Defendant's Memorandum in Support of its Motion for Summary Judgment and Defendant's Appendix of Exhibits in Support of its Motion for Summary Judgment, which are being filed simultaneously and are incorporated herein by reference.

WHEREFORE, Defendant, Sears Logistics Services, Inc., respectfully requests that this Court grant its Motion for Summary Judgment, dismiss Plaintiff's Complaint against Defendant in its entirety and with prejudice, and grant Defendant any further relief deemed appropriate by the Court.

                                        SEARS LOGISTICS SERVICES, INC.

                                        By:   /s/ David L. Christlieb_____
                                               One of Its Attorneys

Adam C. Wit (Atty. No. 06230538)
David L. Christlieb, Esq. (Atty. No. 06281173)
LITTLER MENDELSON, P.C.
200 North LaSalle Street, Suite 2900
Chicago, Illinois 60601
(312) 372-5520

Dated:   February 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, a copy of the foregoing ***Defendant's Motion for Summary Judgment*** and ***Memorandum in Support*** were filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michael L. Dietchweiler
LaBeau, Dietchweiler & Associates, P.C.
200 East Court St., Suite 700
Kankakee, IL 60901
(815) 933-9940 - Facsimile

on this 29th day of February, 2008.

By: /s/ David L. Christlieb_____
    David L. Christlieb