# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**JO ANN AGENT**
 formerly known as
**JO ANN COATS**

vs.                                                                                          Case Number:   **07-2113**

**SEARS LOGISTIC SERVICES INC.**

☐   DECISION **BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant and against plaintiff.

ENTER this 23rd day of April, 2008

s/Pamela E. Robinson
_____
PAMELA E. ROBINSON, CLERK

s/V. Ball
_____
BY:  DEPUTY CLERK