# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| JO ANN AGENT f/k/a Jo Ann Coats, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-CV-2113 |
| | ) |
| SEARS LOGISTICS SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

On April 22, 2008, this court entered an Opinion (#20) which granted the Motion for Summary Judgment (#14) filed by Defendant, Sears Logistics Services, Inc. Subsequently, Judgment (#21) was entered in favor of Defendant and against Plaintiff, Jo Ann Agent. On May 22, 2008, Defendant filed a Bill of Costs (#22) requesting costs from Plaintiff in the amount of $944.20. Defendant attached supporting exhibits documenting the costs requested. Plaintiff was allowed 10 days to file objections to the Bill of Costs but has not filed any objections.

IT IS THEREFORE ORDERED THAT:

(1) Defendant's Bill of Costs (#22) is ALLOWED.

(2) Plaintiff is ordered to pay Defendant's costs in the total amount of $944.20.

ENTERED this 16th day of June, 2008

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE